IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 4:23 CR 245 RWS SPM |
| v. ) | |
| ) | |
| JUDY KLINE, ) | |
| ) | |
| Defendant. ) | |

**AMENDED INDICTMENT**

The Grand Jury charges:

**COUNT 1**
**INTERFERENCE WITH HOUSING RIGHTS**

1. On or about January 5, 2022, in the Eastern District of Missouri and elsewhere, Defendant,

**JUDY KLINE,**

Attempted to and did willfully injure, intimidate, and interfere with Hispanic residents of a home in the 57XX block of Lisette Avenue, St. Louis, Missouri, to wit: G.S.-M. and G.R.-G., on account of their race and because they were occupying the aforementioned dwelling, by breaking a window and entering the home's basement without permission, striking their clothes dryer with a hammer causing property damage, attempting to get into the main floor living space where G.S.-M. and a minor child were while holding the hammer, then going to the front door of the home, striking the exterior with the hammer, and making statements accusing G.S.-M. and G.R.-G., of being illegal immigrants without a right to live in the home.

All in violation of Title 42, United States Code, Section 3631(a).

A TRUE BILL.

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____
CHRISTINE KRUG, #42586MO
Assistant United States Attorney