IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:23CR245-RWS-SPM |
| | ) |
| JUDY KLINE | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF INTENT TO WAIVE PRETRIAL MOTIONS

Comes now Defendant JUDY KLINE, through her attorney, Abe Copi, Assistant Federal Public Defender, having been fully advised of her right to file pre-trial motions and to have an evidentiary hearing thereon hereby states that there are no issues that she wishes to raise by way of pre-trial motions in this cause. Counsel has personally discussed this matter with the Defendant and the Defendant agrees and concurs in the decision not to raise any issues by way of pre-trial motions.

Respectfully submitted,

/s/*Abraham P. Copi*
ABRAHAM P. COPI, #71847MO
Assistant Federal Public Defender
1010 Market Street, Suite 200
St. Louis, Missouri 63101
Telephone: (314) 241-1255
Fax: (314) 421-3177
E-mail: Abraham_Copi@fd.org

ATTORNEY FOR DEFENDANT

<u>**CERTIFICATE OF SERVICE**</u>

  I hereby certify that on April 10, 2024, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Christine Krug, Assistant United States Attorney.

        <u>/s/*Abraham P. Copi*    </u>
        ABRAHAM P. COPI, #71847MO
        Assistant Federal Public Defender