S███ Family 

Hello judge my name is F████ S████ R████ and i am the spokesperson for my family.
My family and I have been through alot already. All my parents ever wanted was for us, their daughters to be more safe here in the United states. They left danger for a reason. Out of all places, we would expect to be safe at our own home. Until one day Judy Kline decided to break into our home, the only place where we felt safe and comfortable after our daily activities.

We were not a random family targeted for a regular burglary, we were targeted only because of our color of skin and our race. She came to our house with intentions to hurt us. I am very very heart broken and mad that I wasn't there to protect my dad and my baby sister. She is still traumatized because of Judy Kline breaking in with a hammer, my baby sister saw and heard everything that day. A child should never feel unsafe and scared in their own home. Judy Kline almost had the opportunity to hurt my dad if he hadn't made it in time to the basement door to lock it, before she went to the 1st floor. And that was just the beginning of my family nightmare with Judy because she returned 3 more times after that.

She caused a lot of trauma not only with my baby sister but with all of us. My parents don't feel comfortable anymore with the curtains open or leaving my baby sister alone for a few moments in the backyard to play and they felt the need to add more security to the house. My little sister runs to her closet if someone starts banging on the door. My anxiety got bad and I will always drive by to make sure she's not there because she said "I'm coming back just wait and see". But you see, just recently I had a baby who is now 6 months old. My baby is there everyday with his grandparents while I go to work. I want my little one to be safe. I do not feel comfortable leaving him there while Judy still has the opportunity to come again but I don't have any other choice.

We never want to see her again that is why we decided to write a letter instead. We want her to never be able to do that again to any other family of color or other race. She repeatedly says " we're not American" and " i'll beat the f##ck out of you and get away with it because i'm american..". She clearly thinks she will get away with anything she does to my family. She showed with confidence that the law would be on her side. So please judge please just keep her away from hurting us or any other families. If she has to do jail time then I hope she does it for a long time so she wont do it again. We don't want to wait until someone actually gets hurt or dies from her actions.

My parents are amazing people, they are kind to everyone and are quick to help others.  We are a regular family just like everyone else. We have the same rights just like everyone else. We have a heart and bleed red just like everyone else.
I have no doubt that the right decision will be made. So Judy Kline I hope you change and start treating everyone equally and not judge them by the color of their skin and their race. You never know if one day you'll need the help of one of us. But only God will be the one to help you.