Your Honor,

My name is Emily Chandler. I live in De Soto. I currently work as a manager at a fast food restaurant and I work part time as a nursing assistant at different nursing facilities. Judy Kline is my mother.

Judy is a very loving person who tries to ensure everyone has what they need. She is very generous. I have never lived with her but she always made sure that I had everything I needed whether it be clothes, school supplies, and other living essentials. Judy always made sure that I was well taken care of. She has always had mental issues since I was born. She lived at Keaton Center in Festus, MO for years. The reason she lived there was because she needed help staying on top of her medication. With her living there she was able to be independent with the little assistance she needed. When she lived there I would visit her and she would tell me how they helped her get a job and how she was able to go to the store and purchase her essentials. Even with her mental issues that she struggles with she is caring and loving. With her in the facility that she is currently in she calls and checks on me weekly. She is also caring about the other residents at the facility she is in. When I go to visit her she tells me how she gives them snacks when they are hungry. Judy always asks her roommate if she needs anything such as the AC adjusted and if she wants the tv on. She wants to make sure everyone around her is comfortable and all of their needs are met.

How I plan on helping Judy is ensuring that she is in a good nursing facility that encourages independence and can assist her with the medication she needs. I would like to see her do better mentally and get stable enough to be able to get a job. Continuing visiting with her and talking with her will help with emotional support. For Judy to be successful she needs to be in a facility that helps her with her medication. Without assistance with her medication she will

become mentally unstable and behave in a different manner from how she normally is. Something I would like to see in the future is Judy able to regain her independence. My hope for her is that she stays consistent with her medication so she will be able to accomplish her own goals.

Respectfully yours,

*Emily Chandler*

Emily Chandler